# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2019

159405

MICHELE PISCHEA, M.A., LLP, C.A.A.D.C.,
      Plaintiff/Counterdefendant-
      Appellant,

v

ASSESSMENT AND RELATIONSHIP
CENTER, LLC and B. CRAIG SMITH, PH.D.,
      Defendants/Counterplaintiffs-
      Appellees,

and

B. CRAIG SMITH AND ASSOCIATES, LTD.,
      Defendant/Counterplaintiff.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159405
COA: 342330
Ingham CC: 16-000889-CB

On order of the Court, the application for leave to appeal the February 26, 2019 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the judgment of the Court of Appeals affirming the dismissal of the plaintiff's claims against defendant Assessment and Relationship Center, LLC for breach of contract and unjust enrichment as a discovery sanction. We further VACATE the July 26, 2017 Ingham Circuit Court order providing the same, and we REMAND this case to that court for reconsideration of whether dismissal is an appropriate sanction under the governing legal standards, including consideration of the appropriateness of lesser sanctions and other factors. See *Duray Dev LLC v Perrin*, 288 Mich App 143, 164-166 (2010).

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2019



Clerk

p1015